# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO. 3:18-cv-490-GCM

| | |
|---|---|
| SANDRA C. KENAN<br><br>**Plaintiff,**<br><br>v.<br><br>ARMADA HOFFLER CONSTRUCTION COMPANY and<br>ROBERT HALF INTERNATIONAL, INC.<br><br>**Defendants.** | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Ari S. Casper,** filed September 12, 2018 (Doc. No. 3).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1(B), Mr. Casper is admitted to appear before this court *pro hac vice* on behalf of Plaintiff, Sandra C. Kenan.

**IT IS SO ORDERED.**

Signed: September 13, 2018

Graham C. Mullen
United States District Judge