# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO. 3:18-cv-490-GCM

| | |
|---|---|
| SANDRA C. KENAN,<br><br>      **Plaintiff,**<br><br>v.<br><br>ARMADA HOFFLER CONSTRUCTION COMPANY and ROBERT HALF INTERNATIONAL, INC.,<br><br>      **Defendants.** | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Milena Radovic,** filed September 30, 2018 (Doc. No. 10).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1(B), Ms. Radovic is admitted to appear before this court *pro hac vice* on behalf of Defendant, Armada Hoffler Construction Company.

**IT IS SO ORDERED.**

Signed: October 2, 2018

Graham C. Mullen
United States District Judge